UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO CURIEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>G.A.T. AIRLINE GROUND SUPPORT, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23−CV−00892−WBS−DB<br>Assigned to: William B. Shubb<br>Courtroom #5<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Stat. Conf. Re: Dismissal: September 9, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>Complaint Filed: March 24, 2023<br>Case Removed:   May 12, 2023<br>Trial Date:        None Yet Set |

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court has read and considered the Parties' Joint Stipulation for Dismissal of Case With Prejudice Pursuant to Local Rule 160(b), and for good cause, hereby orders as follows:

This entire action, United States District Court Case No. 2:23-CV-00892-WBS-SCR, inclusive of all causes of action and parties, is hereby DISMISSED WITH PREJUDICE, with each side to bear their own costs and fees.

IT IS SO ORDERED.

Dated:  August 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE